JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD P. TURNER,<br><br>    Petitioner,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Respondent. | Case No. 2:22-cv-08880-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: January 26, 2023

_____
STEPHEN V. WILSON
United States District Judge